

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey

| | | |
|---|---|---|
| ROBERT FRAZER<br>UNITED STATES ATTORNEY<br><br>*Joshua Carmel*<br>*Assistant United States Attorney* | *402 East State Street*<br>*Room 430*<br>*Trenton, NJ 08608* | *Main: (609) 989-2190*<br>*Direct: (973) 902-5441*<br>*joshua.carmel@usdoj.gov* |

June 24, 2026

**Via Electronic Filing**
Hon. Robert Kirsch, U.S.D.J.
United States District Court
Clarkson S. Fisher Building
& U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

Re:  *Quimis Pilozo v. Blanche, et al.*, No. 26-cv-04750 (RK)
     **Petitioner's Bond Hearing Before an Immigration Judge**

Dear Judge Kirsch:

This Office represents Respondents in the above-referenced habeas matter filed by a noncitizen challenging the legality of his detention by U.S. Immigration and Customs Enforcement. In accordance with the Court's June 17, 2026, Text Order (ECF No. 3), we write to inform the Court of the outcome of Petitioner's bond hearing. Petitioner was initially scheduled for a bond hearing before the Elizabeth Immigration Court at 8:30 am today, June 24, 2026. In the interim, on June 17, 2026, Petitioner applied for and was granted pre-conclusion voluntary departure under the Immigration and Nationality Act § 240B(a). Ex. 1 (June 17, 2026, Order of the Immigration Judge). Petitioner has since withdrawn his request for a bond hearing. Ex. 2 (June 24, 2026, Order of the Immigration Judge). Accordingly, Respondents respectfully request that the Court (i) dismiss the Petition (ECF No. 1), (ii) lift the stay prohibiting Petitioner's transfer (ECF No. 2), and (iii) close this matter.

We thank the Court for its consideration of this matter.

**SO ORDERED**

_____
**Robert Kirsch, U.S.D.J.**
**Date:**    June 24, 2026

Hon. Robert Kirsch, U.S.D.J.
June 24, 2026
Page 2

Respectfully submitted,

ROBERT FRAZER
UNITED STATES ATTORNEY


*s/ Joshua Carmel*
By:    JOSHUA CARMEL
Assistant United States Attorney
*Attorneys for Respondents*

cc:    All counsel of record (*via ECF*)

Encl.